UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

JAMES F. SCHROEDER                                  CASE NUMBER:  05-37986
SSN:  xxx-xx-0441                                   CHAPTER 13
ELLYN E. SCHROEDER
SSN:  xxx-xx-2980
Debtors

---

**NOTICE TO PERFORMANCE CAPITAL MANAGEMENT
THAT $23.85 HAS BEEN DEPOSITED INTO
THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #106000**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Performance Capital Management, creditor herein, and deposits $23.85 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. The last known address for Household Bank was:

   222 S. Harbor Blvd., Ste. 400
   Anaheim, CA 92805

2. The Standing Chapter 13 Trustee's disbursement checks have been returned with "Return to Sender, Attempted Not Known, Unable to Forward" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate this creditor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated:  April 28, 2010                              Respectfully Submitted,

/s/ Debra L. Miller  
Debra L. Miller, Trustee  
P.O. Box 11550  
South Bend, IN 46634  
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on April 28, 2010

By U. S. Mail to the Debtor and Creditor as follows:

Debtor(s): James & Ellyn Schroeder, 11833 Willard, Mishawaka, IN 46545  
Creditor:  Performance Capital Management, 222 S. Harbor Blvd., Ste., 400, Anaheim, CA 92805

By electronic CM/ECF email to the following:

Debtors' Attorney:  Diane Shields  
U.S. Trustee

/s/ Debra L. Miller, Trustee  
By:  Rosemary Ward-Wilson